

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:25-cr-31 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 111(a)(1) |
| DANIEL EDWARD WALSH, | ) Assaulting, Resisting or Impeding Certain |
| | ) Officers or Employees |
| | ) (Count 1) |
| Defendant. | ) |
| | ) 18 U.S.C. § 113(a)(4) |
| | ) Assaults within Maritime and Territorial |
| | ) Jurisdiction |
| | ) (Count 2) |

## INDICTMENT

MAY 2025 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Assaulting, Resisting or Impeding Certain Officers or Employees)

On or about the 26th day of February, 2025, in the Eastern District of Virginia, the defendant, Daniel Edward Walsh, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Veteran's Administration Medical Center Intermediate Care Technician 1, while engaged in his official duties, such act involving physical contact with the victim.

(In violation of Title 18 United States Code, Section 111(a)(1), a felony.)

## COUNT TWO

(Assaults within Maritime and Territorial Jurisdiction)

On or about the 26th day of February, 2025, in the Eastern District of Virginia, the defendant, Daniel Edward Walsh, did commit assault by striking, beating or wounding Victim 2.

(In violation of Title 18 United States Code, Section 113(a)(4), a class A misdemeanor.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Daniel Edward Walsh*
Criminal No. 4:25-cr- 31

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____*Catherine C Black*_____
Catherine Black
Assistant United States Attorney
United States Attorneys' Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4039
Fax: (757) 591-0866
Catherine.Black@usdoj.gov

3